NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

FILED ✓   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL   OF RECORD

JUL 1 6 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00029-MMD-DLB |
| Plaintiff, | CRIMINAL INDICTMENT |
| v. | VIOLATION: |
| KEITH MORENO, | 18 U.S.C. § 1361 – (Destruction of Government Property) |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

Count One
Destruction of Government Property
(18 U.S.C. § 1361)

On or about May 30, 2020, in the State and Federal District of Nevada,

KEITH MORENO,

defendant herein, did knowingly injure and commit depredation against property of the United States, that is, the Bruce R. Thompson Federal Courthouse, 400 South Virginia Street, Reno, Nevada 89501,

1

thereby causing damage to such property in excess of $1,000.00, all in violation of Title 18, United States Code, Section 1361.

DATED: this 16th day of July, 2020.

**A TRUE BILL:**

/S/
_____
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

PENELOPE J. BRADY
Assistant United States Attorney

2