_____ RECEIVED
_____ ENTERED          _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

Oct 14, 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Nevada Bar No. 13644
   PETER WALKINGSHAW
3  Assistant United States Attorney
   400 South Virginia Street, Suite 900
4  Reno, Nevada 89501
   (775) 784-5438
5  Peter.Walkingshaw@usdoj.gov

6  *Representing the United States of America*

7              **UNITED STATES DISTRICT COURT**
               **DISTRICT OF NEVADA**
8
   UNITED STATES OF AMERICA,           3:20-cr-00029-WBS-DLB
9
               Plaintiff,
10                                      **STIPULATION TO MODIFY**
               v.                       **CONDITIONS OF PRETRIAL**
11                                      **RELEASE**
   KEITH LEROY MORENO,
12
               Defendant.
13

14         IT IS HEREBY STIPULATED AND AGREED by and through NICHOLAS A.

15  TRUTANICH, United States Attorney, and PETER WALKINGSHAW, Assistant United States

16  Attorney, counsel for the UNITED STATES OF AMERICA and RENE L. VALLADARES,

17  Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for

18  KEITH LEROY MORENO, that the terms of the defendant's conditions of pretrial release shall

19  be modified to add the following condition:

20  / / /

21  / / /

22         "You must not associate with or have contact with witnesses and potential witnesses, as

23     noted in the charging documents and provided discovery, unless in the presence of

24

counsel or otherwise approved by the Court. This condition does not prohibit incidental contact in public places, and does not apply to contact with family members."

DATED this 29th day of September, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Kate Berry*<br>    KATE BERRY<br>    Assistant Federal Public Defender<br>    Counsel for<br>    KEITH LEROY MORENO | By */s/ Peter Walkingshaw*<br>    PETER WALKINGSHAW<br>    Assistant United States Attorney<br>    Counsel for the United States |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** the terms of the defendant's conditions of pretrial release shall be modified to add the following condition:

"You must not associate with or have contact with witnesses and potential witnesses, as noted in the charging documents and provided discovery, unless in the presence of counsel or otherwise approved by the Court. This condition does not prohibit incidental contact in public places, and does not apply to contact with family members."

October 14, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE