# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br>KEITH MORENO,<br>　　　　　　　　　　　Defendant. | Case No. 3:20-cr-00029-WBS-DLB<br><br>ORDER |

Under 28 U.S.C. § 636(f), and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which they have been appointed. But no magistrate judge may perform any of such duties in a district to which they have been temporarily assigned until an order has been issued by the chief judge of the district specifying the reason the magistrate judge is being designated, the duration of their assignment, and the duties they are authorized to perform.

Due to the potential for a conflict of interest in this case, the District of Nevada certifies the need for magistrate judge assistance from the Eastern District of California. United States Magistrate Judge Deborah Barnes was initially designated as the Magistrate Judge. But due to Judge Barnes' retirement, there is a need to designate another Magistrate Judge.

It is therefore ordered, with the concurrence of the Honorable Kimberly J. Mueller, Chief Judge of the Eastern District of California, that United States Chief Magistrate Judge Carolyn Delaney is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the District of Nevada until the conclusion of this case.

1  The Clerk of Court is directed to update the docket and case number accordingly.

2  DATED THIS 8th Day of August 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE