United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff,

    v.

KEITH MORENO,

          Defendant.

Case No.  3:20-cr-0029-CRB-CKD

**ORDER FOR RELEASE FROM UNITED STATES MARSHAL CUSTODY AND MODIFICATION OF PROBATION**

**The following conditions of probation are added:**

**Special Conditions of Supervision**

1. **No Contact –** You must not communicate, or otherwise interact, with your children or stepchildren, either directly or through someone else, without being under direct supervision of a Child Protective Services worker or law enforcement personnel. You will be permitted supervised visitation at the Family Peace Center. You must not communicate, or otherwise interact, with witnesses S.R., either directly or through someone else.

2. **All previously set conditions of probation remain in effect.**

    **T IS SO ORDERED.**

**The Court Further Orders** Defendant Keith Moreno be released from custody to continue Probation Supervision forthwith.

Dated: August 21, 2024

_____
CHARLES R. BREYER
United States District Judge

*Rev. 08-2023*